[No. 50066-0-I. Division One. January 20, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. CLINTON PAUL PATTERSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 01-1-01211-4, Steven G. Scott, J., entered January 25, 2002. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Agid and Ellington, JJ.

[No. 50248-4-I. Division One. January 20, 2004.]

RAYMOND BREDA, ET AL., *Appellants*, v. B.P.O. ELKS LAKE CITY 1800 SO-620, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 00-2-09840-5, Joan E. DuBuque, J., entered April 5, 2002. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Baker and Schindler, JJ. Now published at 120 Wn. App. 351.

[No. 50716-8-I. Division One. January 20, 2004.]

THE PORT OF SEATTLE, *Respondent*, v. RST ENTERPRISES, INC., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 99-2-26788-5, Dean Scott Lum, J., entered August 28, 2001. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Becker, C.J., and Agid, J.

[No. 50906-3-I. Division One. January 20, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN LEONARD DAYBERRY, *Appellant*.

Appeal from judgments of the Superior Court for King County, No. 98-1-07939-4, Deborah D. Fleck, J., entered July 10 and 31, 2002. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Coleman and Appelwick, JJ.